**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:16-cv-01596-WJM-KMT

DAIMEON MOSLEY, an individual,

    Plaintiff

v.

MESA LODGING, LLC dba, HAMPTON INN & SUITES,

    Defendants.

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff DAIMEON MOSLEY (the "**Plaintiff**") and Defendant MESA LODGING, LLC dba HAMPTON INN & SUITES (the "**Defendant**") (collectively, the "**Parties**") hereby jointly stipulate to Plaintiff's voluntarily dismissal of this action with prejudice. The intent of the Parties is that the dismissal of this action be final and permanent, and that such dismissal shall not require the Court to retain jurisdiction.

Respectfully submitted this 13th day of August, 2016.

| | |
|---|---|
| CHASTAIN & AFSHARI, LLP | BAKER & HOSTETLER LLP |
| 6909 West Ray Road Suite 21-16 | 1801 California Street, Suite 4400 |
| Chandler, Arizona 85226 | Denver, CO 80202 |
| Telephone: (480) 382-7269 | Telephone: (303) 861-0600 |
| Email: afshin@cnalawgroup.com | Email: rdoriottdominguez@bakerlaw.com |
| | eclark@bakerlaw.com |
| By: *s/ Afshin Afsharimehr* | By: *s/ Rosario C. Doriott Domínguez* |
| Afshin Afsharimehr | Rosario C. Doriott Domínguez |
| Colorado Bar No. 472942 | Colorado Bar No. 45787 |
| | |
| Nathan B. Kennedy | OF COUNSEL: |
| NATHAN B. KENNEDY & ASSOCIATES | BAKER & HOSTETLER LLP |

2

| | |
|---|---|
| 6155 South Main Street, Suite 2015 | Sun Trust Center, Suite 2300 |
| Aurora, CO 80016 | 200 South Orange Avenue |
| | Orlando, FL 32801-3432 |
| Telephone: (720) 277-0106 | Telephone: (407) 649-4000 |
| Email: nathan@nbkennedy.com | Email: bblair@bakerlaw.com |

**ATTORNEYS FOR PLAINTIFF**          **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on September 13, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Nathan B. Kennedy
NATHAN B. KENNEDY & ASSOCIATES
Attorneys for Plaintiffs
6155 South Main Street, Suite 2015
Aurora, CO 80016
Telephone: (720) 277-0106
Email: nathan@nbkennedy.com

Afshin Afsharimehr
CHASTAIN & AFSHARI, LLP
Attorneys for Plaintiffs
6909 West Ray Road, Suite 21-16
Chandler, AZ 85226
Telephone: (480) 382-7269
Email: cna@cnalawgroup.com

*Attorneys for Plaintiff*

               */s Rosario C. Doriott Dominguez*
               Rosario C. Doriott Dominguez

3